No. —— ——. EDMOND *v.* CONSUMER PROTECTION DIVISION. Motion to direct the Clerk to file petition for writ of certiorari

with an appendix that does not comply with the Rules of this Court denied.